IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

GREG BREWER,

    Plaintiff,

v.                                            CASE NO: 2009-32757-CICI

                                              DIVISION: 32

BUBBA GUMP SHRIMP CO.,
RESTAURANTS, INC.,

    Defendant.

_____/

## VERIFIED COMPLAINT FLORIDA'S PRIVATE WHISTLE-BLOWERS ACT

COMES NOW the Plaintiff, GREG BREWER, by and through undersigned Counsel, and sues Defendant, BUBBA GUMP SHRIMP CO., RESTAURANTS, INC., hereafter referred to as "BUBBA GUMP" for damages and states as follows:

1. This is an action for damages based on violation(s) of Florida Statute 488.102 et. seq. which exceed Fifteen Thousand and 00/100ths Dollars (15,000.00).

2. Plaintiff GREG BREWER is a resident of Volusia County, Florida, and was employed as a full time prep cook for the Defendant in Daytona Beach, Volusia County, Florida, for five (5) months.

3. Defendant, BUBBBA GUMP is a foreign corporation whose principal address is 209 Avenida Fabricante, Suite 200, San Clemente, California 92672, who does business, more specifically a restaurant open to the public, in the state of Florida,

Volusia County.

4. Defendant BUBBA GUMP, with it's principle place of business at 250 N. Atlantic Avenue, Daytona Beach, Florida 32118.

5. On or about May 1, 2008, while employed by Defendant, Plaintiff was asked by Chris Walker, Shift Manager, to prepare and serve food that was tainted and spoiled. Plaintiff advised the shift manager that the cabbage he was being asked to prepare and serve was spoiled with bugs in it and that he did not agree with the practice of serving spoiled food and felt it was unsafe and unethical.

6. After Plaintiff voiced his concerns he was told by Chris Walker that if he could not do what he was asked to he was terminated. Another manager spoke with Plaintiff and advised him the termination was rescinded.

7. On or about July 4, 2008, while employed by Defendant, the Plaintiff noticed that the cabbage he was being asked to prepare and serve was tainted and spoiled. Upon advising the shift manager he was told to pull off the bad parts and only use the parts that were good. Plaintiff voiced his objections.

8. On or about July 5, 2008, while employed by Defendant, the Plaintiff was asked by Chris Walker, Shift Manager, to prepare and serve food that was tainted and spoiled.

9. When the incident occurred on July 5, 2008, Plaintiff clocked out and left knowing that termination was imminent. Plaintiff was forced to terminate his employment because he could not serve tainted spoiled food.

## COUNT I
### (Florida's Private Whistle-Blowers Act)

10. Plaintiff, GREG BREWER, re-alleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 through 9.

11. Plaintiff had been told previously that if he did not perform his job duty, ethical or not, that he would be terminated.

12. GREG BREWER was terminated from his employment as a direct result of, and in retaliation for, his reporting and opposing the above described unlawful act.

13. The above described actions of Defendant constitute a violation of the Florida Private Whistle-Blower's Act.

14. As a result of all the retaliatory actions of Defendant, Plaintiff has suffered damages including lost wages, benefits, and other remuneration, emotional distress, physical injury and humiliation. These losses are permanent or intermittent and will continue into the future.

15. Plaintiff has retained undersigned counsel to pursue this action.

16. As a result of Defendant's unlawful acts against Plaintiff, he has and will continue to incur attorney's fees which are recoverable under section 448.104, Florida Statutes

WHEREFORE, Plaintiff, GREG BREWER, demands judgment against Defendant for actual damages, compensatory damages, lost wages and benefits, prejudgment interest, mental anguish, attorney's fees and costs, and any other damages allowable by law.

Plaintiff, Greg Brewer, demands a jury trial of all issues so triable.

## VERIFICATION

STATE OF FLORIDA        )
                        ) SS.
COUNTY OF Volusia       )

The foregoing instrument was acknowledged before me this 22nd day of June, 2009 by Gregory Brewer, who has produced his/her Drivers License as identification, being first duly sworn, deposes and says that she has reviewed the Amended Complaint and that it is factually true and correct to the best of her knowledge, information and belief.

GREGORY BREWER

SWORN TO and SUBSCRIBED before me this 22nd day of June, 2009.

My commission expires:
8/7/2011

DEBORAH V. KRETZMER
Commission DD 702796
Expires August 7, 2011
Bonded Thru Troy Fain Insurance 800-385-7819

Notary Public signature

Notary Public name printed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by ☑ U.S. Mail; ☐ Facsimile Transmission: ☐ Hand-Delivery; ☐ Overnight Mail, to: **THE CLERK OF COURT**, Volusia County Courthouse, Civil Division, 125 E. Orange Avenue, Daytona Beach, Florida 32721-6043, this 24th day of June, 2009.

BONNIE A. BERNS, P.A.

*[signature]*

Bonnie A. Berns, Attorney
801 W. Granada Boulevard, Suite 206
Ormond Beach, FL 32174-8279
Telephone: (386) 672-4040
Telefax: (386) 672-4252
Fla. Bar No.: 258611
**Attorney for Plaintiff**